**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    **12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Kerri** <br> First name <br><br> **Marie** <br> Middle name <br><br> **Griffin** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br><br> Middle name <br><br><br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | **FKA Kerri Marie Gunter** | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-2240** | |

Debtor 1    **Kerri Marie Griffin**

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | **9760 7 Mile Rd NE**<br>**Rockford, MI 49341-8055**<br>Number, Street, City, State & ZIP Code<br><br>**Kent**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Kerri Marie Griffin**                                           Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

■ Chapter 13

**8.   How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

■ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.   Have you filed for bankruptcy within the last 8 years?**

☐ No.

■ Yes.

| District | **Western District of Michigan** | When | **2/08/16** | Case number | **16-00522-swd** |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.  Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Kerri Marie Griffin**                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

�■ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

�■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

�■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
                         Number, Street, City, State & Zip Code

---

Debtor 1    **Kerri Marie Griffin**                                    Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Kerri Marie Griffin**                                    Case number *(if known)*

| Part 6: | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☑ 1-49 ☐ 50-99 ☐ 100-199 ☐ 200-999
☐ 1,000-5,000 ☐ 5001-10,000 ☐ 10,001-25,000
☐ 25,001-50,000 ☐ 50,001-100,000 ☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000 ☐ $50,001 - $100,000 ☑ $100,001 - $500,000 ☐ $500,001 - $1 million
☐ $1,000,001 - $10 million ☐ $10,000,001 - $50 million ☐ $50,000,001 - $100 million ☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion ☐ $1,000,000,001 - $10 billion ☐ $10,000,000,001 - $50 billion ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000 ☐ $50,001 - $100,000 ☑ $100,001 - $500,000 ☐ $500,001 - $1 million
☐ $1,000,001 - $10 million ☐ $10,000,001 - $50 million ☐ $50,000,001 - $100 million ☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion ☐ $1,000,000,001 - $10 billion ☐ $10,000,000,001 - $50 billion ☐ More than $50 billion

| Part 7: | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Kerri Marie Griffin**
Signature of Debtor 1                          Signature of Debtor 2

Executed on   **January  3, 2019**            Executed on _____
                MM / DD / YYYY                          MM / DD / YYYY

Debtor 1    **Kerri Marie Griffin**                                           Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | |
|---|---|
| **/s/ Jeremy B. Shephard** | Date    **January  3, 2019** |
| Signature of Attorney for Debtor | MM / DD / YYYY |

**Jeremy B. Shephard**
Printed name

**Andersen, Ellis & Shephard**
Firm name

**866 3 Mile NW**
**Suite B**
**Grand Rapids, MI 49544**
Number, Street, City, State & ZIP Code

Contact phone    **616-784-1700**             Email address    **andersenefile@comcast.net**

**P-72719 MI**
Bar number & State

---

Certificate Number: 15725-MIW-CC-031928675



15725-MIW-CC-031928675

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 19, 2018</u>, at <u>11:06</u> o'clock <u>PM EST</u>, <u>Kerri Griffin</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Michigan</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>November 19, 2018</u>          By:     <u>/s/Ernest Hill</u>

Name:    <u>Ernest Hill</u>

Title:    <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kerri Marie Griffin** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**    **Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B................................................. | $    154,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | $    5,081.54 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................... | $    159,081.54 |

**Part 2:**    **Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $    126,608.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $    0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $    110,278.00 |
| **Your total liabilities** | $    236,886.00 |

**Part 3:**    **Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $    2,773.52 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $    1,573.00 |

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1 __Kerri Marie Griffin__                                   Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ **1,434.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 78,686.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 78,686.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kerri Marie Griffin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN | | |
| Case number | | | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**9760 7 Mile Rd NE**
_____
Street address, if available, or other description

**Rockford          MI      49341-8055**
_____
City              State      ZIP Code

**Kent**
_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Parcel #41-12-19-100-010**
**2 x 2018 SEV = 154,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$154,000.00** | **$154,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..................................................................=>**

**$154,000.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

Debtor 1    **Kerri Marie Griffin**

Case number *(if known)* _____

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ■ No
    ☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
    pages you have attached for Part 2. Write that number here.............................................................=>

    | | $0.00 |
    |---|---|

<hr>

| **Part 3:** | **Describe Your Personal and  Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

    | **Personal possessions, belongings, appliances, furniture, furnishings, linens, kitchenware, various household tools** | **$1,500.00** |
    |---|---|

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ■ Yes.  Describe.....

    | **Computer, ipad; electronic devices including cell phones** | **$500.00** |
    |---|---|

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☐ No
    ■ Yes.  Describe.....

    | **Books** | **$300.00** |
    |---|---|

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ■ No
    ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | **Everyday clothes, shoes, accessories** | **$200.00** |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1    **Kerri Marie Griffin**                                                    Case number *(if known)*

■ Yes. Describe.....

| Everyday jewelry, costume jewelry, wedding ring | $50.00 |
|---|---|

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes. Describe.....

| 2 domestic cats | $25.00 |
|---|---|

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................

| $2,575.00 |
|---|

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.................................................................................................................

| | Money in wallet, in home, on hand | $3.00 |
|---|---|---|

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................        Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Individual - 9889** | **Fidelity Investments** | $0.00 |
| 17.2. | **Spending - 8236** | **Fidelity Investments** | $43.50 |
| 17.3. | **Emergency/Saving s - 4251** | **Fidelity Investments** | $0.19 |
| 17.4. | **Member - 1747-000** | **Frankenmuth Credit Union** | $5.00 |
| 17.5. | **Kasasa Cash Saver - 1747-061** | **Frankenmuth Credit Union** | $0.02 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor 1 | **Kerri Marie Griffin** | Case number *(if known)* |
|---|---|---|

| | | | |
|---|---|---|---|
| 17.6. | **Kasasa Cash Plus -**<br>**1747-110** | **Frankenmuth Credit Union** | **$0.48** |
| 17.7. | **Food Assistance**<br>**Bridge Card - 2151** | **EBT** | **$0.34** |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ■ No
   ☐ Yes..................        Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ■ No
   ☐ Yes.  Give specific information about them...................
            Name of entity:                         % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
            Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
            Type of account:              Institution name:

| | | |
|---|---|---|
| **Roth IRA** | **Fidelity Investments** | **$0.01** |
| **Robert Half Intl Inc -**<br>**Retirement Account** | **Fidelity Investments** | **$0.00** |

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................        Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

| Debtor 1 | **Kerri Marie Griffin** | Case number *(if known)* | |
|---|---|---|---|

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
   ☐ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| Anticipated tax refunds for 2018 | Federal, State | $1,800.00 |

| | | |
|---|---|---|
| Prorated anticipated tax refunds for 2019 $1,800 x (3/365) | Federal, State | $15.00 |

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ☐ No
   ■ Yes.  Give specific information..

| | |
|---|---|
| Unpaid wages due but not yet paid | $620.00 |

| | |
|---|---|
| Food Assistance benefits due but not yet paid | $19.00 |

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Medicaid/Priority Health Choice - Health insurance | | $0.00 |
| Perrin Inc - Employer sponsored life insurance | Brian Keith Gordon II | $0.00 |
| Farm Bureau General Insurance Company of Michigan - Homeowner's insurance | | $0.00 |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No

| Official Form 106A/B | Schedule A/B: Property | page 5 |
|---|---|---|

Debtor 1    **Kerri Marie Griffin**                                                    Case number *(if known)*

☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
     *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
     ☐ No
     ■ Yes.  Describe each claim.........

| Possible claim against mortgage company | $0.00 |
|---|---|

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
     ■ No
     ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
     ■ No
     ☐ Yes.  Give specific information..

36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
     for Part 4. Write that number here................................................................................................................. | $2,506.54 |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
     ■ No. Go to Part 6.
     ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
     ■ No. Go to Part 7.
     ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership
     ■ No
     ☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  .................................. | $0.00 |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** .............................................................................................. | | $154,000.00 |
| 56. **Part 2: Total vehicles, line 5** | $0.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $2,575.00 | |
| 58. **Part 4: Total financial assets, line 36** | $2,506.54 | |
| 59. **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. **Total personal property.** Add lines 56 through 61... | $5,081.54 | Copy personal property total    $5,081.54 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $159,081.54 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kerri Marie Griffin** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **9760 7 Mile Rd NE Rockford, MI 49341-8055  Kent County Parcel #41-12-19-100-010 2 x 2018 SEV = 154,000** <br> Line from *Schedule A/B*: **1.1** | $154,000.00 | ☒       $11,825.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **9760 7 Mile Rd NE Rockford, MI 49341-8055  Kent County Parcel #41-12-19-100-010 2 x 2018 SEV = 154,000** <br> Line from *Schedule A/B*: **1.1** | $154,000.00 | ☒       $10,612.47 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Personal possessions, belongings, appliances, furniture, furnishings, linens, kitchenware, various household tools** <br> Line from *Schedule A/B*: **6.1** | $1,500.00 | ☒       $2,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Computer, ipad; electronic devices including cell phones** <br> Line from *Schedule A/B*: **7.1** | $500.00 | ☒       $1,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Books**<br>Line from *Schedule A/B*: **8.1** | $300.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Everyday clothes, shoes, accessories**<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Everyday jewelry, costume jewelry, wedding ring**<br>Line from *Schedule A/B*: **12.1** | $50.00 | ■ $1,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **2 domestic cats**<br>Line from *Schedule A/B*: **13.1** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Money in wallet, in home, on hand**<br>Line from *Schedule A/B*: **16.1** | $3.00 | ■ $3.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Spending - 8236: Fidelity Investments**<br>Line from *Schedule A/B*: **17.2** | $43.50 | ■ $43.50<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Emergency/Savings - 4251: Fidelity Investments**<br>Line from *Schedule A/B*: **17.3** | $0.19 | ■ $0.19<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Member - 1747-000: Frankenmuth Credit Union**<br>Line from *Schedule A/B*: **17.4** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Kasasa Cash Saver - 1747-061: Frankenmuth Credit Union**<br>Line from *Schedule A/B*: **17.5** | $0.02 | ■ $0.02<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Kasasa Cash Plus - 1747-110: Frankenmuth Credit Union**<br>Line from *Schedule A/B*: **17.6** | $0.48 | ■ $0.48<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Food Assistance Bridge Card - 2151: EBT**<br>Line from *Schedule A/B*: **17.7** | $0.34 | ■ $0.34<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Roth IRA: Fidelity Investments**<br>Line from *Schedule A/B*: **21.1** | $0.01 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(E),(12) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Robert Half Intl Inc - Retirement Account: Fidelity Investments**<br>Line from *Schedule A/B*: **21.2** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(E),(12) |
| **Federal, State: Anticipated tax refunds for 2018**<br>Line from *Schedule A/B*: **28.1** | $1,800.00 | ■ $1,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Federal, State: Prorated anticipated tax refunds for 2019**<br>**$1,800 x (3/365)**<br>Line from *Schedule A/B*: **28.2** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Unpaid wages due but not yet paid**<br>Line from *Schedule A/B*: **30.1** | $620.00 | ■ $620.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Food Assistance benefits due but not yet paid**<br>Line from *Schedule A/B*: **30.2** | $19.00 | ■ $19.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(A) |
| **Perrin Inc - Employer sponsored life insurance**<br>**Beneficiary: Brian Keith Gordon II**<br>Line from *Schedule A/B*: **31.2** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kerri Marie Griffin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | | Do not deduct the value of collateral. | | If any |

| 2.1 | **Michigan State Housing** | Describe the property that secures the claim: | $12,142.00 | $154,000.00 | $0.00 |

Creditor's Name

**Development Authority (MSHDA)**
**735 East Michigan Avenue**
**Lansing, MI 48912**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:

> **9760 7 Mile Rd NE Rockford, MI 49341-8055  Kent County**
> **Parcel #41-12-19-100-010**
> **2 x 2018 SEV = 154,000**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Second Mortgage**

**Date debt was incurred**   **5/2018**     **Last 4 digits of account number**   **NA**

| 2.2 | **US Bank Home Mortgage** | Describe the property that secures the claim: | $114,466.00 | $154,000.00 | $0.00 |

Creditor's Name

**co Orlans PC**
**1650 W Big Beaver Rd**
**Troy, MI 48084**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Describe the property that secures the claim:

> **9760 7 Mile Rd NE Rockford, MI 49341-8055  Kent County**
> **Parcel #41-12-19-100-010**
> **2 x 2018 SEV = 154,000**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **First Mortgage**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Kerri Marie Griffin**                                                    Case number (if known) _____

    First Name             Middle Name             Last Name

**Date debt was incurred**  **7/2012**       **Last 4 digits of account number**   **3984**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$126,608.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$126,608.00** |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐  Name, Number, Street, City, State & Zip Code
    **MERS**
    **PO Box 2026**
    **Flint, MI 48501-2026**

    On which line in Part 1 did you enter the creditor?  **2.2**

    Last 4 digits of account number ___

☐  Name, Number, Street, City, State & Zip Code
    **MERS**
    **1818 Library St Ste 300**
    **Reston, VA 20190**

    On which line in Part 1 did you enter the creditor?  **2.2**

    Last 4 digits of account number ___

☐  Name, Number, Street, City, State & Zip Code
    **US Bank**
    **PO Box 211128**
    **Eagan, MN 55121-4201**

    On which line in Part 1 did you enter the creditor?  **2.2**

    Last 4 digits of account number ___

☐  Name, Number, Street, City, State & Zip Code
    **US Bank Home Mortgage**
    **4801 Frederica St**
    **Owensboro, KY 42301**

    On which line in Part 1 did you enter the creditor?  **2.2**

    Last 4 digits of account number ___

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify your case:**

Debtor 1   **Kerri Marie Griffin**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | | | |

Last 4 digits of account number 2240  **$0.00**  **$0.00**  **$0.00**

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only.**

| **2.2** | **Michigan Dept of Treasury** | | | |

Last 4 digits of account number 2240   **$0.00**   **$0.00**   **$0.00**

Priority Creditor's Name
**PO Box 30158**
**Lansing, MI 48909**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Notice Only.**

Debtor 1    **Kerri Marie Griffin**

Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  |  | Total claim |
|---|---|---|---|---|

| 4.1 | **Account Receivable Solutions** | Last 4 digits of account number | 2834 | $618.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 184**
**Saint Johns, MI 48879-0184**    When was the debt incurred?    5/2013

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only                              ☐ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**
                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                             ■ Other. Specify    **Collection of Independent Bank-Cascade**
                                                                 **Grand. Balance from prior dismissed**
☐ Yes                                                            **bankruptcy.**

| 4.2 | **Account Receivable Solutions** | Last 4 digits of account number | 6485 | $385.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 184**
**Saint Johns, MI 48879-0184**    When was the debt incurred?    8/2012

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only                              ☐ Contingent

☐ Debtor 2 only                              ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                 ☐ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**
                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                             ■ Other. Specify    **Collection of Emergency Care**
                                                                 **Specialists-Blo. Balance from prior**
☐ Yes                                                            **dismissed bankruptcy.**

Debtor 1  **Kerri Marie Griffin**                                    Case number (if known) _____

| | | | |
|---|---|---|---|

**4.3**  **Allied Business Service**

Nonpriority Creditor's Name

**400 Allied Ct**
**Zeeland, MI 49464-2219**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No

- ☐ Yes

Last 4 digits of account number    **0163**                    **$481.00**

When was the debt incurred?    **10/2017**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Collection of Medical Payment Data. Balance as of 12/17/2018 report to Experian.**

---

**4.4**  **Allied Business Service**

Nonpriority Creditor's Name

**400 Allied Ct**
**Zeeland, MI 49464-2219**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No

- ☐ Yes

Last 4 digits of account number    **0164**                    **$1,907.00**

When was the debt incurred?    **10/2017**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Collection of Medical Payment Data. Balance as of 12/17/2018 report to Experian.**

---

**4.5**  **Allied Business Service**

Nonpriority Creditor's Name

**400 Allied Ct**
**Zeeland, MI 49464-2219**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No

- ☐ Yes

Last 4 digits of account number    **9317**                    **$173.00**

When was the debt incurred?    **2/2018**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Collection of Medical Payment Data. Balance as of 12/17/2018 report to Experian.**

---

Debtor 1    **Kerri Marie Griffin**                                    Case number (if known) _____

---

| 4.6 | **Allied Collection Group** | Last 4 digits of account number | **3036** | **$272.00** |

Nonpriority Creditor's Name
**PO Box 1799**
**Holland, MI 49422-1799**
Number Street City State Zip Code

When was the debt incurred?    **10/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection of Spectrum Health Hospitals. Balance from prior dismissed bankruptcy.**

---

| 4.7 | **Allied Collection Group** | Last 4 digits of account number | **8517** | **$216.00** |

Nonpriority Creditor's Name
**PO Box 1799**
**Holland, MI 49422-1799**
Number Street City State Zip Code

When was the debt incurred?    **12/2014**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection of Spectrum Health Medical Group. Balance from prior dismissed bankruptcy.**

---

| 4.8 | **Allied Collection Group** | Last 4 digits of account number | **1843** | **$1,226.00** |

Nonpriority Creditor's Name
**PO Box 1799**
**Holland, MI 49422-1799**
Number Street City State Zip Code

When was the debt incurred?    **1/2013**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection of Spectrum Health Hospitals. Balance from prior dismissed bankruptcy.**

---

Debtor 1  **Kerri Marie Griffin**                                        Case number (if known) _____

---

| 4.9 | **Allied Collection Group** | Last 4 digits of account number | **2806** | **$173.00** |

Nonpriority Creditor's Name
**PO Box 1799**
**Holland, MI 49422-1799**
Number Street City State Zip Code

**When was the debt incurred?**   **12/2014**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Collection of West Michigan Heart. Balance from prior dismissed bankruptcy.**

---

| 4.10 | **Allied Interstate** | Last 4 digits of account number | **6387** | **$168.00** |

Nonpriority Creditor's Name
**PO Box 361563**
**Columbus, OH 43236-1563**
Number Street City State Zip Code

**When was the debt incurred?**   _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Collection of Fifth Third Bank. Balance as of 9/14/2018 statement.**

---

| 4.11 | **ARS Collections** | Last 4 digits of account number | **7954** | **$254.00** |

Nonpriority Creditor's Name
**PO Box 15241**
**Lansing, MI 48901**
Number Street City State Zip Code

**When was the debt incurred?**   _____

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify   **Collection of Emergency Care Specialists-Blodgett. Balance as of 1/29/2018 statement.**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Kerri Marie Griffin**                                     Case number (if known) _____

---

**4.1 2**

**Capital One**

Nonpriority Creditor's Name

**Bankruptcy Unit**
**PO Box 71068**
**Charlotte, NC 28272-1068**

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **2973**                       $215.00

When was the debt incurred?     **10/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit card. Balance as of 12/2/2018 report to Experian.**

---

**4.1 3**

**Chase**

Nonpriority Creditor's Name

**PO Box 15145**
**Wilmington, DE 19850**

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **7876**                       $272.00

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit card. Balance as of 5/18/2018 statement.**

---

**4.1 4**

**Consumers Energy**

Nonpriority Creditor's Name

**Attn  Bankruptcy Dept**
**3201 E Court St**
**Flint, MI 48506**

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  **7608**                       $800.00

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Shut off on utility. Balance as of 1/2019.**

---

Debtor 1  **Kerri Marie Griffin**                                        Case number (if known) _____

---

| 4.1 5 | **Credit Acceptance Corporation** | Last 4 digits of account number | **70GC** | | $9,878.00 |

Nonpriority Creditor's Name
**co Roosen Varchetti & Olivier**
**PO Box 2305**
**Mount Clemens, MI 48046**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **D17C06070GC Judgment.**

---

| 4.1 6 | **Delta Dental Individual** | Last 4 digits of account number | **NA** | | $33.00 |

Nonpriority Creditor's Name
**Product Unit**
**PO Box 1596**
**Indianapolis, IN 46206**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Insurance premium. Balance as of 12/12/2017 statement.**

---

| 4.1 7 | **Diversified Consultant** | Last 4 digits of account number | **1300** | | $795.00 |

Nonpriority Creditor's Name
**10550 Deerwood Park Blvd**
**Jacksonville, FL 32256**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** **4/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collection of Sprint. Balance from prior dismissed bankruptcy.**

---

Debtor 1    **Kerri Marie Griffin**                                          Case number (if known) _____

| 4.1 8 | **ERC** | Last 4 digits of account number | **NA** | **$471.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 57547**
**Jacksonville, FL 32241**
Number Street City State Zip Code

When was the debt incurred?    **8/2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

Type of NONPRIORITY unsecured claim:

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Collection of AT T DirecTV. Balance as of 4/2018 report to Experian.**

| 4.1 9 | **General Revenue Corp** | Last 4 digits of account number | **7396** | **$2,569.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4660 Duke Dr Ste 300**
**Mason, OH 45040**
Number Street City State Zip Code

When was the debt incurred?    **3/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

Type of NONPRIORITY unsecured claim:

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Collection of Cornerstone University. Balance from prior dismissed bankruptry.**

| 4.2 0 | **Huntington National Bank** | Last 4 digits of account number | **NA** | **$1,800.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn  Bankruptcy  NE08**
**PO Box 89424**
**Cleveland, OH 44101-8539**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

Type of NONPRIORITY unsecured claim:

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Overdraft. Balance from prior dismissed bankruptcy.**

| Debtor 1 | **Kerri Marie Griffin** | Case number (if known) | |

---

**4.2**
**1**

| **Lake Michigan Credit Union** | Last 4 digits of account number | **NA** | **$1,121.00** |

Nonpriority Creditor's Name
**PO Box 2848**
**Grand Rapids, MI 49502**
Number Street City State ZIp Code

When was the debt incurred?   **8/2012**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unpaid balance reported as loss on a credit card. Balance as of 7/24/2017 report to Experian.**

---

**4.2**
**2**

| **Lake Michigan Credit Union** | Last 4 digits of account number | **0000** | **$2,437.00** |

Nonpriority Creditor's Name
**PO Box 2848**
**Grand Rapids, MI 49502**
Number Street City State ZIp Code

When was the debt incurred?   **8/2012**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Deficiency balance on an auto loan. Balance from prior dismissed bankruptcy.**

---

**4.2**
**3**

| **Midland Funding LLC** | Last 4 digits of account number | **96GC** | **$652.00** |

Nonpriority Creditor's Name
**co Mary Jane M Elliott PC**
**24300 Karim Blvd**
**Novi, MI 48375**
Number Street City State ZIp Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **D18C03196-GC Judgment.**

---

Debtor 1  **Kerri Marie Griffin**                                          Case number (if known) _____

---

| 4.2 4 | | | |
|---|---|---|---|

**Money Recovery Nationwide**

Nonpriority Creditor's Name

**801 S Waverly Rd  Ste 100**
**PO Box 13129**
**Lansing, MI 48901-3129**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No


☐ Yes

Last 4 digits of account number   **2947**                     **$484.00**

When was the debt incurred?   **2/2013**


As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Collection of Western Michigan Pediatrics Ca. Balance from prior dismissed bankruptcy.**

---

| 4.2 5 | | | |
|---|---|---|---|

**Portfolio Recovery Assoc**

Nonpriority Creditor's Name

**Riverside Commerce Center**
**120 Corporate Blvd Ste 100**
**Norfolk, VA 23502-4962**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No


☐ Yes

Last 4 digits of account number   **3388**                     **$621.00**

When was the debt incurred?   _____


As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Collection of GE Capital Retail Bank/Amazon.com. Balance as of 6/27/2018 statement.**

---

Debtor 1   **Kerri Marie Griffin**                                              Case number (if known) _____

---

| 4.2 6 | **Portfolio Recovery Assoc** | Last 4 digits of account number | **2479** | | $914.00 |

Nonpriority Creditor's Name
**Riverside Commerce Center**
**120 Corporate Blvd Ste 100**
**Norfolk, VA 23502-4962**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection of Capital One Bank (USA) NA. Balance as of 6/27/2018 statement.**

---

| 4.2 7 | **Portfolio Recovery Assoc** | Last 4 digits of account number | **2479** | | $1,147.00 |

Nonpriority Creditor's Name
**Riverside Commerce Center**
**120 Corporate Blvd Ste 100**
**Norfolk, VA 23502-4962**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection of Capital One Bank USA NA. Balance from prior dismissed bankruptcy.**

---

| 4.2 8 | **RMP Services** | Last 4 digits of account number | **2144** | | $370.00 |

Nonpriority Creditor's Name
**8155 Executive Ct Ste 10**
**Lansing, MI 48917**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?   **11/2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection of Emergency Care Specialists-Blodge. Balance as of 11/1/2018 report to Experian.**

---

| Debtor 1 | **Kerri Marie Griffin** | | Case number *(if known)* | |

---

**4.29**

**RMP Services**
Nonpriority Creditor's Name
**8155 Executive Ct Ste 10**
**Lansing, MI 48917**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | **2569** | $254.00 |

**When was the debt incurred?**   **12/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection of Emergency Care Specialists-Blodge. Balance as of 11/1/2018 report to Experian.**

---

**4.30**

**Syncb/amazon**
Nonpriority Creditor's Name
**PO Box 965015**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | **3388** | $1.00 |

**When was the debt incurred?**   **12/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge account. Possible balance owing from prior dismissed bankruptcy.**

---

**4.31**

**US Dept of Ed/GLELSI**
Nonpriority Creditor's Name
**PO Box 7860**
**Madison, WI 53707**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | **1577** | $21,208.00 |

**When was the debt incurred?**   **9/2009**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Education loan. Balance as of 11/30/2018 report to Experian.**

---

Debtor 1    **Kerri Marie Griffin**                                                          Case number (if known) _____

| | |
|---|---|
| **4.3** **2** | |

| | | |
|---|---|---|
| **US Dept of Ed/GLELSI** | Last 4 digits of account number    **8581** | **$57,478.00** |
| Nonpriority Creditor's Name | | |
| **PO Box 7860** | When was the debt incurred?    **9/2010** | |
| **Madison, WI 53707** | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Education loan. Balance as of 11/30/2018 report to Experian.**

| | |
|---|---|
| **4.3** **3** | |

| | | |
|---|---|---|
| **Verizon Wireless** | Last 4 digits of account number    **NA** | **$885.00** |
| Nonpriority Creditor's Name | | |
| **Customer Care Dept** | When was the debt incurred?    **3/2016** | |
| **26935 Northwestern Hwy Ste 100** | | |
| **Southfield, MI 48034** | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Telecommunications/cellular. Balance as of 11/30/2018 report to Experian.**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **63-1 District Court** **1950 E Beltline NE** **Grand Rapids, MI 49525** | Line **4.23** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims    ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **63rd District Court** **1950 E Beltline NE** **Grand Rapids, MI 49525** | Line **4.15** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims    ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Account Receivables Solution** **301 N Clinton Avenue** **Saint Johns, MI 48879** | Line **4.1** of (Check one):    ☐ Part 1: Creditors with Priority Unsecured Claims    ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Allied Collection Group** | Line **4.6** of (Check one): |

Debtor 1  **Kerri Marie Griffin**

Case number (if known) _____

400 Allied Ct
Zeeland, MI 49464-2219

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**AT&T**
**Attn  Bankruptcy Dept**
**PO Box 8039**
**Charleston, SC 29416**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**AT&T  Consumer**
**Bankruptcy Dept**
**PO Box 769**
**Arlington, TX 76004**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**AT&T Mobility**
**5020 Ash Grove Road**
**Springfield, IL 62711-6329**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.18** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One**
**Bankruptcy Claims Service**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One**
**Bankruptcy Dept**
**PO Box 5155**
**Norcross, GA 30091**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One Bank USA N**
**15000 Capital One Dr**
**Richmond, VA 23238**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One Bank USA NA**
**PO Box 85015**
**Richmond, VA 23285-5015**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Chase**
**PO Box 15298**
**Wilmington, DE 19850-5298**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Chase**
**PO Box 15299**
**Wilmington, DE 19850-5299**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Chase Bank**
**Mail Code OH1-1272**
**340 S Cleveland Ave Bldg 370**
**Westerville, OH 43081**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.13** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1   **Kerri Marie Griffin**                                                   Case number (if known) _____

| | |
|---|---|
| **Client Services**<br>**3451 Harry S Truman Blvd**<br>**Saint Charles, MO 63301-4047** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Client Services**<br>**PO Box 1586**<br>**Saint Peters, MO 63376** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Comenity Bank**<br>**Bankruptcy Dept**<br>**PO Box 182125**<br>**Columbus, OH 43218-2125** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Cornerstone University**<br>**1001 E Beltline Ave NE**<br>**Grand Rapids, MI 49525** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Credit Acceptance Corp**<br>**25505 W 12 Mile Rd  Ste 3000**<br>**Southfield, MI 48034-8339** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Delta Dental**<br>**16230 Collection Center Drive**<br>**Chicago, IL 60693** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**DIRECTV Inc**<br>**PO Box 6550**<br>**Greenwood Village, CO 80155-6500** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Dpt Ed/slm**<br>**PO Box 9635**<br>**Wilkes Barre, PA 18773** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Emergency Care Specialists**<br>**PO Box 3536**<br>**Grand Rapids, MI 49501** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Fifth Third Bank**<br>**Attn  Ch 13  Joan or Karen**<br>**1850 E Paris  MD R36C1A**<br>**Grand Rapids, MI 49546** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Fifth Third Bank**<br>**Bankruptcy Dept**<br>**1830 East Paris Ave**<br>**Grand Rapids, MI 49546** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Fifth Third Bank** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

Debtor 1  **Kerri Marie Griffin**                                          Case number (if known) _____

---

co Bankruptcy Dept
PO Box 44148 MS 1-1-COE
Jacksonville, FL 32231-4148

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**GE Capital Retail Bank**
**Attn Bankruptcy Dept**
**PO Box 103104**
**Roswell, GA 30076**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Huntington National Bank**
**40 Pearl Street NW**
**Grand Rapids, MI 49503**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**I C System**
**PO Box 64437**
**Saint Paul, MN 55164-0437**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.33** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**I C System**
**444 Highway 96 East**
**PO Box 64378**
**Saint Paul, MN 55164-0378**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.33** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**I C System Inc**
**PO Box 64378**
**Saint Paul, MN 55164**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.33** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Independent Bank**
**4200 E Beltline NE**
**Grand Rapids, MI 49525**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lake Michigan Credit U**
**4027 Lake Dr SE**
**Grand Rapids, MI 49546**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lake Michigan Credit Union**
**3809 Lake Eastbrook Blvd S**
**Grand Rapids, MI 49546-5931**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Michigan Dept of Treasury**
**Treasury Building**
**Lansing, MI 48922**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Michigan Dept of Treasury**
**Bankruptcy Claims Unit**
**PO Box 30168**
**Lansing, MI 48909**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Michigan Dept of Treasury**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):
■ Part 1: Creditors with Priority Unsecured Claims

---

Debtor 1  **Kerri Marie Griffin**

Case number (if known)

---

**Collection Division**
**PO Box 30199**
**Lansing, MI 48909-7699**

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Michigan Dept of Treasury**
**Third Party Withholding Unit**
**430 W Allegan St**
**Lansing, MI 48922-0001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Midland Funding**
**2365 Northside Dr Ste 300**
**San Diego, CA 92108**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Midland Funding LLC**
**8875 Aero Dr Ste 200**
**San Diego, CA 92123-2251**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Money Recovery Nationw**
**8155 Executive Ct Ste 10**
**Lansing, MI 48917**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Slm Financial Corp**
**PO Box 9500**
**Wilkes Barre, PA 18773**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Spectrum Health Hospitals**
**100 Michigan Street NE**
**Grand Rapids, MI 49503**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Spectrum Health Medical Group**
**2855 Michigan St NE #200**
**Grand Rapids, MI 49506**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Sprint**
**PO Box 15955**
**Shawnee Mission, KS 66285**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Sprint PCS**
**PO Box 8077**
**London, KY 40742**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Synchrony Bank**
**Attn Bankruptcy Dept**
**PO Box 965060**
**Orlando, FL 32896-5060**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**US Attorney**
**330 Ionia NW Ste 501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1   **Kerri Marie Griffin**                                                   Case number *(if known)* _____

**PO Box 208**
**Grand Rapids, MI 49501-0208**

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**US Attorney's Office**<br>**Western District of Michigan**<br>**Bankruptcy Section**<br>**PO Box 208**<br>**Grand Rapids, MI 49501-0208**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Us Dep of Ed/glelsi**<br>**2401 International**<br>**Madison, WI 53704**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**US Department of Education**<br>**Debt Collection Service Center**<br>**PO Box 5609**<br>**Greenville, TX 75403-5609**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**US Department of Education**<br>**Office of General Counsel**<br>**400 Maryland Ave SW Rm 6E353**<br>**Washington, DC 20202**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**US Dept of Education**<br>**Educational Credit Management**<br>**111 Washington Ave S Ste 1400**<br>**Minneapolis, MN 55401-6800**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Verizon North Inc**<br>**Bankruptcy Admin**<br>**404 Brock Drive**<br>**Bloomington, IL 61701**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Verizon Wireless**<br>**PO Box 4002**<br>**Acworth, GA 30101**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Verizon Wireless**<br>**PO Box 650051**<br>**Dallas, TX 75265**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**West Michigan Heart**<br>**2900 Bradford St NE**<br>**Grand Rapids, MI 49525**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.9** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | Total Claim |
|---|---|
| | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1  **Kerri Marie Griffin**

Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 78,686.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 31,592.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 110,278.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kerri Marie Griffin** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** Name<br>Number    Street<br>City    State    ZIP Code | |
| **2.2** Name<br>Number    Street<br>City    State    ZIP Code | |
| **2.3** Name<br>Number    Street<br>City    State    ZIP Code | |
| **2.4** Name<br>Number    Street<br>City    State    ZIP Code | |
| **2.5** Name<br>Number    Street<br>City    State    ZIP Code | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kerri Marie Griffin** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 _____<br>Name<br><br>_____<br>Number      Street<br>City               State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.2 _____<br>Name<br><br>_____<br>Number      Street<br>City               State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Kerri Marie Griffin** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status* | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | Machine Operator | |
| | Employer's name | Perrin Inc | |
| | Employer's address | 5320 Rusche Dr NW<br>Comstock Park, MI 49321 | |
| | How long employed there? | 3 weeks | |

*See Attachment for Additional Employment Information

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,672.84 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross Income. Add line 2 + line 3. | 4. | $ 2,672.84 | $ N/A |

Debtor 1    **Kerri Marie Griffin**                                          Case number (*if known*) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | | 4. | $ **2,672.84** | $ **N/A** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ **399.32** | $ **N/A** |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ **0.00** | $ **N/A** |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ **0.00** | $ **N/A** |
| 5d. | Required repayments of retirement fund loans | 5d. | $ **0.00** | $ **N/A** |
| 5e. | Insurance | 5e. | $ **0.00** | $ **N/A** |
| 5f. | Domestic support obligations | 5f. | $ **0.00** | $ **N/A** |
| 5g. | Union dues | 5g. | $ **0.00** | $ **N/A** |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ **0.00** + | $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ **399.32**    $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ **2,273.52**    $ **N/A**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ **0.00**    $ **N/A**

8b. **Interest and dividends**    8b.    $ **0.00**    $ **N/A**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ **0.00**    $ **N/A**

8d. **Unemployment compensation**    8d.    $ **0.00**    $ **N/A**

8e. **Social Security**    8e.    $ **0.00**    $ **N/A**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:    **Food Assistance**    8f.    $ **90.00**    $ **N/A**

8g. **Pension or retirement income**    8g.    $ **0.00**    $ **N/A**

8h. **Other monthly income. Specify:    Cash Tips**    8h.+    $ **60.00** +    $ **N/A**

**Boyfriend's Monetary Contribution**        $ **200.00**    $ **N/A**

**Tax Refunds**        $ **150.00**    $ **N/A**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ **500.00**    $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.    10.    $ **2,773.52** +    $ **N/A** =    $ **2,773.52**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.    +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ **2,773.52**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain:    **I recently started my full time job. Income above is what I anticipate I will be earning going forward. I had been doing some babysitting which may not continue. Therefore, I have not included that as income above. My food assistance will decrease. What I anticipate I will be receiving going forward is indicated above. My boyfriend is currently in jail and will be home early February. Included in income above is what I anticipate his monthly monetary contribution will be.**

Debtor 1  **Kerri Marie Griffin**                                    Case number (*if known*) _____

## Official Form B 6I
## Attachment for Additional Employment Information

| Debtor | |  |
|---|---|---|
| Occupation | **Dishwasher** | |
| Name of Employer | **Field and Fire Cafe LLC** | |
| How long employed | **3 1/2 months** | |
| Address of Employer | **820 Monroe Ave NW Ste 100** <br> **Grand Rapids, MI 49503** | |

Fill in this information to identify your case:

Debtor 1        **Kerri Marie Griffin**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
   13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.   **Is this a joint case?**

■ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

☐ No
☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.   **Do you have dependents?**     ■ No

| Do not list Debtor 1 and Debtor 2. | ☐ Yes. Fill out this information for each dependent.............. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| Do not state the dependents names. | | | | ☐ No  ☐ Yes |
| | | _____ | _____ | ☐ No  ☐ Yes |
| | | _____ | _____ | ☐ No  ☐ Yes |
| | | _____ | _____ | ☐ No  ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**
■ No
☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 120.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1  **Kerri Marie Griffin**                                    Case number (if known) _____

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 300.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 60.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 433.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 50.00 |
| 10. | **Personal care products and services** | 10. $ | 35.00 |
| 11. | **Medical and dental expenses** | 11. $ | 45.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 232.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 43.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 105.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:     **Pet Expenses** | 21. +$ | 50.00 |

| | | | |
|---|---|---|---:|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 1,573.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 1,573.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 2,773.52 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 1,573.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 1,200.52 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    | Explain here: **Cost of living.** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Kerri Marie Griffin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____    X _____
Kerri Marie Griffin                               Signature of Debtor 2
Signature of Debtor 1

Date   **January 3, 2019**                      Date _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kerri Marie Griffin** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ☐ Married
    ■ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☐ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $71.75 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor 1   __Kerri Marie Griffin_____     Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $20,412.53 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | $22,356.00 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from<br>each source**<br>(before deductions and<br>exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions<br>and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2018 ) | **Babysitting** | $175.00 | | |
| | **Child Support** | $4,644.09 | | |
| | **Cash Tips** | $164.00 | | |
| | **Monetary Help from<br>Boyfriend** | $3,850.00 | | |
| | **Food Assistance** | $139.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017 ) | **Food Assistance,<br>amount is<br>approximate** | $800.00 | | |
| | **Unemployment** | $1,252.00 | | |

## Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ☐  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
    ☐  No.    Go to line 7.
    ☐  Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Kerri Marie Griffin**                                          Case number *(if known)* _____

■ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

     ■ No.  Go to line 7.
     ☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

  ■ No
  ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

  ■ No
  ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

  ☐ No
  ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Credit Acceptance Corporation v Kerri Marie Gunter** D17C06070GC | **Garnishment** | **63rd District Court** 1950 E Beltline NE Grand Rapids, MI 49525 | ☐ Pending ☐ On appeal ☐ Concluded |
| **Midland Funding LLC v Kerri Marie Griffin** D18C03196-GC | **Civil** | **63-1 District Court** 1950 E Beltline NE Grand Rapids, MI 49525 | ☐ Pending ☐ On appeal ☐ Concluded |

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

  ☐ No. Go to line 11.
  ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Kerri Marie Griffin**      Case number *(if known)* _____

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Credit Acceptance Corporation<br>co Roosen Varchetti & Olivier<br>PO Box 2305<br>Mount Clemens, MI 48046** | **Wages**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | 10/29/2018,<br>10/31/2018 | $191.29 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

**Part 5:**   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ■ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☐ No
    ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Ada Bible Church<br>3869 Knapp St NE<br>Grand Rapids, MI 49525** | **Ongoing collection plate contributions** | **Monthly** | **$43.00** |

**Part 6:**   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ■ No
    ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| Debtor 1 | Kerri Marie Griffin | Case number (if known) |
|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16.  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐  No
■  Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Andersen, Ellis & Shephard<br>866 3 Mile NW<br>Suite B<br>Grand Rapids, MI 49544<br>andersenefile@comcast.net | Attorney Fees | 7/25/2018,<br>9/28/2018 | $500.00 |
| 001 Debtorcc Inc<br>372 Summit Avenue<br>Jersey City, NJ 07306 | Credit counseling | 12/19/2018 | $14.95 |

17.  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■  No
☐  Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18.  **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐  No
■  Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Lauren Ashley McLaughlin<br>Cornerstone University<br>1001 East Beltline NE<br>Grand Rapids, MI 49525<br><br>Daughter | 2000 Saturn SL2 - 173,807 miles - fair condition - value $500.00. | Value received - $0.00. I signed this vehicle over to her so that she could have a vehicle on college campus. | 8/29/2018-date signed over to her,<br>1/2/2019-date she transferred the title into her name |

19.  **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

■  No
☐  Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Kerri Marie Griffin** _____  Case number *(if known)* _____

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Chase Bank**<br>**5380 Northland Dr NE**<br>**Grand Rapids, MI 49525** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **3/2018, exact date unknown** | $0.00 |
| **Fifth Third Bank**<br>**5400 Northland Dr NE**<br>**Grand Rapids, MI 49525** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **9/2018, exact date unknown** | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
■ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Thomas John Postma**<br>**9760 7 Mile Rd NE**<br>**Rockford, MI 49341-8055** | **Debtor's Residence**<br>**9760 7 Mile Rd NE**<br>**Rockford, MI 49341-8055** | **2009 Chevrolet Cobalt -**<br>**154,000 miles - fair condition** | $2,200.00 |

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Kerri Marie Griffin**                                              Case number *(if known)*

toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ■ No
- ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

- ☐ No. None of the above applies. Go to Part 12.
- ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Kerri Marie Griffin<br>9760 7 Mile Rd NE<br>Rockford, MI 49341-8055** | **Babysitting**<br><br>**NA** | EIN:    **NA**<br><br>From-To    **11/2018-present** |

Debtor 1    **Kerri Marie Griffin**                                          Case number (if known) _____

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

   ■ **No**
   ☐ **Yes. Fill in the details below.**

   | **Name** | **Date Issued** |
   | **Address** | |
   | (Number, Street, City, State and ZIP Code) | |

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____                    _____
**Kerri Marie Griffin**                                          **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **January 3, 2019**                                    Date    _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ **No**
☐ **Yes**

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ **No**
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

2/2/1

RECD KENT COUNTY, MICH.

410591670GTA

20120730-0069945
Mary Hollinrake P:1/2    1:54PM
Kent Cnty MI Rgstr 07/30/2012, SEAL

2012 JUL 27 AM 9: 47

GU22
PA

20120730-0069945

| CONSIDERATION | $113,000.00 |
| COUNTY TAX | $124.30 |
| STATE TAX | $847.50 |
| TOTAL TAX | $971.50 |

I HEREBY CERTIFY that there are No Tax Liens or Titles held by the State or any individual against the within description, and all Taxes on same are paid for five years previous to the date of this instrument, as appears by the records in my office. This certificate does not apply to current taxes, if any now in process of collection.
Date _____ 20 ___

_____
Deputy, Kent County Treasurer, Grand Rapids, Michigan

**WARRANTY DEED**

**STATUTORY FORM FOR INDIVIDUALS**

## This Indenture,
KNOW ALL MEN BY THESE PRESENTS THAT:

Dated this day of:
July 16, 2012

08/197.00

Joann Amash , a married woman
9760 7 Mile Rd NE
Rockford, MI 49341
Convey(s) and Warrant(s) To:
Kerri Gunter a married woman
859 Ardmore St SE
Grand Rapids, MI 49507-2706
for the sum of
ONE HUNDRED THIRTEEN THOUSAND AND 00/100 DOLLARS --- ($113,000.00)

the following described premises situated in
The Township of Grattan, County of Kent and State of Michigan to wit:

Commencing 150 feet West of the Northeast corner of the Northeast 1/4 of the Southwest 1/4 of the Northwest 1/4 of Section 19, Town 8 North, Range 9 West; thence West 200 feet; thence South 250 feet; thence East 200 feet; thence North 250 feet to beginning.

P.P. # 41-12-16-100-010

Subject to easements, reservations, restrictions and limitations of record, if any.  And further subject to:  none.

P.P. NO. 41-12-19-100-010
Verified by PD & M. ____ '68

410591670GTA

20120730-0069945
Mary Hollinrake P:2/2      1:54PM
Kent Cnty Ml Regtr 07/30/2012  SEAL

Signed by

Joann Amash

STATE OF MICHIGAN    )
COUNTY OF KENT    )

I, Jennifer E. Hummel, a Notary Public of the County and the State first above written, do hereby certify that Joann Amash personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the 16th day of July, 2012.

Notary Public, Jennifer E. Hummel
Ionia County, acting in the County of Kent, Michigan
My Commission Expires:  09/11/17

(SEAL)

| Assisted By: | Drafted By: | Mail After Recording To: | Send Subsequent Tax Bills To: |
|---|---|---|---|
| Chicago Title | Joann Amash | Kerri Gunter | Kerri Gunter |
| 825 Kenmoor Ave Se | 9780 7 Mile Rd NE | 9780 7 Mile Rd NE | 9780 7 Mile Rd NE |
| Grand Rapids, MI 49546 | Rockford, MI 49341 | Rockford, MI 49341 | Rockford, MI 49341 |





20120730-0069946
Mary Hollinrake P 1/5     1:54PM
Kent Cnty MI Regr 07/30/2012 SEAL

RECD KENT COUNTY, MICH
2012 JUL 27  AM 9:47

State of Michigan
After Recording Return To:
MACATAWA BANK
ATTN: POST CLOSING DEPARTMENT
10753 MACATAWA DRIVE
HOLLAND, MI 49424

# MORTGAGE

This instrument was prepared by: CRAIG  VREELAND
                                MACATAWA BANK
                                10753 MACATAWA DRIVE
                                HOLLAND, MI 49422
                                616-393-0583

Title Order No.: 410591670GTA

LOAN #: 90944

─────────────[Space Above This Line For Recording Data]─────────────

FHA Case No.
263-5168558-703

MIN: 1003372-0000090946-3

THIS MORTGAGE ("Security Instrument") is given on  JULY 16, 2012.          The Mortgagor is
KERRI GUNTER AND DANIEL K GUNTER, WIFE AND HUSBAND

                                                              whose address is

859 Ardmore St SE
Grand Rapids, MI 49507-2706

                                                              ("Borrower").
This Security Instrument is given to Mortgage Electronic Registration Systems, Inc. ("MERS") as Mortgagee.
MERS is the nominee for Lender, as hereinafter defined, and Lender's successors and assigns. MERS is organized and
existing under the laws of Delaware and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026,
telephone (888) 679-MERS.
MACATAWA BANK, A MICHIGAN CORPORATION

                                                              ("Lender") is organized and
existing under the laws of MICHIGAN,                                    and has an address of
10753 MACATAWA DRIVE, HOLLAND, MI 49424.

Borrower owes Lender the principal sum of  ****ONE HUNDRED TEN THOUSAND NINE HUNDRED FIFTY THREE
AND NO/100********************************************** Dollars (U.S.    $110,953.00  ).
This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for
monthly payments, with the full debt, if not paid earlier, due and payable on  AUGUST 1, 2042.
This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all
renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under
paragraph 7 to protect the security of this Security Instrument; and (c) the performance of Borrower's covenants and
agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, warrant, grant
and convey to MERS (solely as nominee for Lender and Lender's successors and assigns) and to the successors and assigns

FHA Michigan Mortgage - 4/96
Online Documents, Inc.                Page  1  of 5          Initials: [initials]
                                                              MIEFHADE 0801

410591670GTA



DG

20120730-0069946
Mary Hollinrake P-5/6     1:54PM
Kent Cnty MI Rgstr 07/30/2012  SERL

LOAN #: 90944

If Lender invokes the power of sale, Lender shall give notice of sale to Borrower in the manner provided in paragraph 13. Lender shall publish and post the notice of sale, and the Property shall be sold in the manner prescribed by applicable law. Lender or its designee may purchase the Property at any sale. The proceeds of the sale shall be applied in the following order: (a) to all expenses of the sale, including, but not limited to, reasonable attorneys' fees; (b) to all sums secured by this Security Instrument; and (c) any excess to the person or persons legally entitled to it.

If the Lender's interest in this Security Instrument is held by the Secretary and the Secretary requires immediate payment in full under paragraph 9, the Secretary may invoke the nonjudicial power of sale provided in the Single Family Mortgage Foreclosure Act of 1994 ("Act") (12 U.S.C. 3751 et seq.) by requesting a foreclosure commissioner designated under the Act to commence foreclosure and to sell the Property as provided in the Act. Nothing in the preceding sentence shall deprive the Secretary of any rights otherwise available to a Lender under this paragraph 17 or applicable law.

18. **Release.** Upon payment of all sums secured by this Security Instrument, Lender shall prepare and file a discharge of this Security Instrument without charge to Borrower.

19. **Riders to this Security Instrument.** If one or more riders are executed by Borrower and recorded together with this Security Instrument, the covenants of each such rider shall be incorporated into and shall amend and supplement the covenants and agreements of this Security Instrument as if the rider(s) were a part of this Security Instrument. [Check applicable box(es)].

☐ Condominium Rider    ☐ Growing Equity Rider    ☐ Planned Unit Development Rider
☐ Graduated Payment Rider    ☐ Other(s) [specify]

BY SIGNING BELOW, Borrower accepts and agrees to the terms contained in this Security Instrument and in any rider(s) executed by Borrower and recorded with it.

_____ (Seal)
Kerri Gunter

_____ (Seal)
Daniel K Gunter

State of MICHIGAN      County of Kent

The foregoing instrument was acknowledged before me, _Jennifer E. Hummel_
, (Notary Public), this July 16, 2012 (date) by Kerri Gunter AND Daniel K Gunter (name of person acknowledged), wife and husband.

_____

State of MICHIGAN, County of Kent

My Commission Expires:_____

Acting in the County of:_____



JENNIFER E HUMMEL
Notary Public, State of Michigan
County of Ionia
My Commission Expires Sep. 11, 2017
Acting in the County of _Kent_



20120730-0069946

Mary Hollinrake  P.8/8    1,54PM
Kent Cnty Mi Rgstr 07/30/2012  SEAL

**EXHIBIT A**
**LEGAL DESCRIPTION**

Your Reference No.:                410591670GTA

Land located in the Township of Grattan, Kent County, State of Michigan, and described as follows:

Commencing 150 feet West of the Northeast corner of the Northeast 1/4 of the Southwest 1/4 of the Northwest 1/4 of Section 19, Town 8 North, Range 9 West; thence West 200 feet; thence South 250 feet; thence East 200 feet; thence North 250 feet to beginning.

P.P. # 41-12-16-100-010

Parcel ID Number:  41-12-19-100-010

(410591670GTA.PFD/410591670GTA/48)

```
201806130045256
Electronic Recording
Liza Posthumus Lyons  Pages: 4      09:39AM
Kent Cnty MI Rgstr     06/13/2018           SEAL
```

## MORTGAGE
### HELP FOR HARDEST HIT

## MICHIGAN HOMEOWNER ASSISTANCE NONPROFIT HOUSING CORPORATION (MHA)

**In collaboration with**
**MICHIGAN STATE HOUSING DEVELOPMENT AUTHORITY (MSHDA)**
735 East Michigan Avenue
Lansing, Michigan 48912

THIS MORTGAGE, made and entered into this 31th day of May, 2018 by

VLC 77844

Kerri Griffin fka Kerri Gunter

a single person
whose address is 9760 7 Mile Rd NE, Rockford, MI 49341
(herein referred to as the "Mortgagor"), and the Michigan Homeowner Assistance Nonprofit Housing Corporation (MHA), whose address is 735 East Michigan Avenue, Lansing, Michigan 48912 (herein referred to as the "Mortgagee").

## WITNESSETH:

WHEREAS, the Mortgagor is justly indebted to the Mortgagee in the principal sum of
Twelve Thousand One Hundred Forty Two and 40/100ths                    Dollars ($ 12,142.40 )
(the "Debt") evidenced by a Mortgage Note ( the "Note") made on 5/31/2018. Said Note and all of its terms are incorporated herein by reference and this Mortgage shall secure any and all extension thereof, however evidenced.

**THIS IS A FUTURE ADVANCE MORTGAGE. THE MAXIMUM PRINCIPAL AMOUNT, EXCLUDING "PROTECTIVE ADVANCES" AS DEFINED IN MICHIGAN COMPILED LAWS 565.901(C), THAT MAY BE SECURED BY THIS MORTGAGE IS $ 12,142.40**

NOW, THEREFORE, the said Mortgagor, for the better securing of the payment of such principal sum of money and the performance of the covenants and agreements herein contained does hereby MORTGAGE AND WARRANT unto the Mortgagee, its successors or assigns, the lands, premises and property (the "Property") situated in the Township of Grattan , County of Kent , and State of Michigan, described as follows,

H4HH (12/2017) Mortgage                    Page 1 of 4              Initials:

to wit:

Commencing 150 feet West of the Northeast corner of the Northeast 1/4 of the Southwest 1/4 of the Northwest 1/4 of Section 19 T8N R9W thence West 200 feet thence South 250 feet thence East 200 feet thence North 250 feet to beginning. Township of Grattan; County of Kent

Parcel number: 41-12-19-100-010

TOGETHER with the privileges and appurtenances belonging to the Property, and all of the rents, issues, and profits which may arise or be had therefrom.

TO HAVE AND TO HOLD the above-mortgaged premises, together with all buildings, improvements, and fixtures, to the said Mortgagee forever, provided that if the Mortgagor shall pay the principal and any interest as provided in the Note executed by the Mortgagor to the Mortgagee and shall pay all other sums hereinafter provided for, and shall keep and perform all of the covenants herein contained, then this Mortgage and the Note shall be null and void; otherwise to remain in full effect.

AND the Mortgagor hereby covenants as follows:

1. The Mortgagor will pay the Note at the times and in the manner provided therein.

2. So long as this Debt is unpaid, if the Property is sold or transferred, or ceases to be the principal residence of the Mortgagor, without the Mortgagee's prior written consent, or if the Mortgagor repays in full any mortgage loans encumbering the Property that are senior to this Mortgage, such act shall be deemed a breach of a covenant in this Mortgage and all the sums secured by the Mortgage shall be immediately due and payable. In the event the primary lien is paid in full due to a no cash out, limited-term, refinance, MHA may subordinate lien position in accordance with program guidelines. For purposes of this Mortgage, the words "sold or transferred," individually or together, specifically include, but are not limited to, an outright sale, sale on a land contract, sale with an assumption of the Mortgage, sale with wrap around financing, transfer by operation of law either upon the death of the Mortgagor or otherwise, and leasing of the Property.

3. The Mortgagor will not permit or suffer the use of the Property for any purpose other than Mortgagor's principal place of residence.

4. The Mortgagor will pay before the same become delinquent or subject to interest or penalties, all taxes, assessments, water rates, and all other charges and encumbrances which now are or shall hereafter be or appear to be a lien upon the Property (unless otherwise agreed to in writing), and that in default thereof, the Mortgagee may, without demand or notice, pay the said taxes, assessments, charges or encumbrances, and pay such sum of money as the Mortgagee may deem to be necessary therefor, and shall be the sole judge of the legality or validity thereof and of the amount necessary to be paid in satisfaction thereof.

5. The Mortgagor will keep the improvements now existing or hereafter erected on the Property insured against loss by fire and such other hazards, casualties, and contingencies as may be stipulated by the Mortgagee, unless otherwise agreed in writing.

6. The Mortgagor will not permit or commit any waste on the Property and will keep the buildings thereon and all equipment therein mortgaged, if any, in good repair, and promptly comply with all laws, ordinances, regulations, and requirements of any governmental body affecting the Property, and should the Property or any part

VLC 77844

H4HH (12/2017) Mortgage          Page 2 of 4          Initials: _____

IN WITNESS WHEREOF, the Mortgagor has caused these presents to be signed as of the day and year first above written.

_____

Mortgagor: Kerri Griffin fka Kerri Gunter          Mortgagor: _____


_____                   _____

Mortgagor: _____        Mortgagor: _____


STATE OF MICHIGAN          )

County of Eaton ~~Kent~~          )

The foregoing instrument was acknowledged before me on this day          7 of June , 2018

by Kerri Griffin fka Kerri Gunter .

Notary Public's Signature: Annelise Russo

Notary Public's Name: Annelise Russo

State of Michigan, County of: Eaton

My Commission Expires: March 28, 2024

Acting In: Kent

Drafted By and Return To:
Stacey Place
Step Forward Michigan
George W Romney Bldg, 8th Floor
111 S Capitol Ave
Lansing, MI 48933

ANNELISE RUSSO
Notary Public – State of Michigan ,
County of Eaton
My Commission Expires Mar 28, 2024
Acting In the County of Kent

VLC 77844

H4HH (12/2017) Mortgage          Page 4 of 4          Initials: _____

| Fill in this information to identify your case: |
|---|

Debtor 1    **Kerri Marie Griffin**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Western District of Michigan

Case number
(if known)

| Check as directed in lines 17 and 21: |
|---|

According to the calculations required by this Statement:

■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

■ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
## Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Average Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ■ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 1,054.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 9.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 29.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 29.00 | Copy here -> $ 29.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Kerri Marie Griffin**

Case number (*if known*)

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you $ 0.00

For your spouse $

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.   $ 0.00   $

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

| | | |
|---|---|---|
| **Cash Tips/Monetary Help from Boyfriend** | $ 319.00 | $ |
| **Food Assistance** | $ 23.00 | $ |
| Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.   $ 1,434.00 + $ = $ 1,434.00   Total average monthly income

**Part 2:    Determine How to Measure Your Deductions from Income**

12. **Copy your total average monthly income from line 11.**   $ 1,434.00

13. **Calculate the marital adjustment.** Check one:

■ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| | |
|---|---|
| | $ |
| | $ |
| | + $ |
| Total | $ 0.00    Copy here=>   -   0.00 |

14. **Your current monthly income.** Subtract line 13 from line 12.   $ 1,434.00

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=>   $ 1,434.00

Multiply line 15a by 12 (the number of months in a year).   x 12

15b. The result is your current monthly income for the year for this part of the form. .........................   $ 17,208.00

Debtor 1    **Kerri Marie Griffin**                                    Case number (if known) _____

---

16. **Calculate the median family income that applies to you. Follow these steps:**

    16a. Fill in the state in which you live.                    **MI**

    16b. Fill in the number of people in your household.              **1**

    16c. Fill in the median family income for your state and size of household.                    $    **50,179.00**
    To find a list of applicable median income amounts, go online using the link specified in the separate
    instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

    17a.    ■    Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under*
            *11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

    17b.    ☐    Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. §*
            *1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy
            your current monthly income from line 14 above.

### Part 3:    Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)

18. Copy your total average monthly income from line 11 .                                        $        **1,434.00**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you
    contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your
    spouse's income, copy the amount from line 13.

    19a. If the marital adjustment does not apply, fill in 0 on line 19a.                        -$            **0.00**

    19b. Subtract line 19a from line 18.                                                        $        **1,434.00**

20. **Calculate your current monthly income for the year. Follow these steps:**

    20a. Copy line 19b                                                                            $        **1,434.00**

    Multiply by 12 (the number of months in a year).                                                **x  12**

    20b. The result is your current monthly income for the year for this part of the form            $    **17,208.00**

    20c. Copy the median family income for your state and size of household from line 16c            $    **50,179.00**

21. **How do the lines compare?**

    ■    Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment*
        *period is 3 years.* Go to Part 4.

    ☐    Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The*
        *commitment period is 5 years.* Go to Part 4.

### Part 4:    Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____

**Kerri Marie Griffin**
Signature of Debtor 1

Date    **January  3, 2019**
        MM / DD  / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

---

## 6 MONTH INCOME CALCULATOR & DISCLOSURE

The purpose of this spreadsheet is to calculate average monthly income. The average must be calculated

from the prior 6 months. For example, if a bankruptcy is filed in July, add all income from January 1 to June 30, divide by 6.

**Include ALL sources of income.** First, number each applicable month by typing in the month of filing the case.

Enter the number of the month of filing in the box below, e.g. January is month 1, February is month 2,  March is month 3, etc.

For example, if the case if filed sometime in January, type 1. If the case if filed in February, type 2 etc.

**ENTER MONTH CASE WILL BE FILED:** | **1** | ........The calculator will display the previous 6 calendar months.

### Type all income received during each of these months.

| MONTH: | 7 | 7 | 8 | 8 | 9 | 9 | 10 | 10 | 11 | 11 | 12 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | July GROSS | July | August GROSS | August | September GROSS | September | October GROSS | October | November GROSS | November | December GROSS | December |
| | Office Team A Robert Half Company | | | | | | | | | | | |
| | 640 | | no pay | | no | | no pay | | | | | |
| | 496 | | no pay | | pay | | no pay | | | | | |
| | 360 | | no pay | | this | | 49 | | | | | |
| | 248 | | 600 | | month | | 49 | | | | | |
| | 256 | | 548 | | | | 413 | | | | | |
| | | | | | | | 448 | | | | | |
| | | | | | | | | | | | Perrin Inc | |
| | | | | | | | | | | | 242 | |
| | | | | | | | | | | | 187 | |
| | | | | | | | | | | | Gift | |
| | | | | | | | | | | calc | 50 | |
| Subtotals: | 2,000 | 0 | 1,148 | 0 | 0 | 0 | 959 | 0 | 0 | 0 | 479 | 0 |

| **764** | =average monthly gross income | | | | | **Total gross for 6 months:** | 4586 |
|---|---|---|---|---|---|---|---|

| | 176 | =average weekly | | 353 | =average biweekly |
|---|---|---|---|---|---|

| 0 | =average net monthly income for 6 months | | | | | **Total net for 6 months:** | 0 |
|---|---|---|---|---|---|---|---|

**Number of entries:**

| | 0 | =average weekly | | 0 | =average biweekly |
|---|---|---|---|---|---|

| 14 | gross pay entries | | | | | *Average entry for gross:* | $328 |
|---|---|---|---|---|---|---|---|
| 0 | net pay entries | | | | | | $0 |

### Perrin Inc - first check 12/20/2018
### OfficeTeam A Robert Half Company - last check 10/31/2018

I certify under penalty of perjury that the income listed is a complete list of income received in the previous 6 calendar months prior to the month of filing this case, including business receipts, income from property, interest, dividends, support, regular contributions to my expenses, retirement income, and income from all other sources, except as otherwise stated on the STATEMENT OF CURRENT MONTHLY INCOME - Means Test Form (Form 22).

/s/ _____
/s/ Kerri Marie Griffin
1/3/2019

/s/ _____
/s/

## 6 MONTH INCOME CALCULATOR & DISCLOSURE

ENTER MONTH CASE WILL BE FILED: **1** the calculator will display the previous 6 calendar months.

**Type all income received during each of these months.**

| MONTH: | 7 July GROSS | 7 July | 8 August GROSS | 8 August | 9 September GROSS | 9 September | 10 October GROSS | 10 October | 11 November GROSS | 11 November | 12 December GROSS | 12 December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 167 | | 67 | | 60 | |
| | | | | | | | 167 | | 78 | | 157 | |
| | | | | | 82 | | 155 | | 128 | | 177 | |
| | | | | | 70 | | 80 | | 126 | | 144 | |
| | | | | | | | | | 81 | | | |
| Subtotals: | 0 | 0 | 0 | 0 | 152 | 0 | 569 | 0 | 481 | 0 | 538 | 0 |

| **290** =average monthly gross income | | Total gross for 6 months: | 1739 |
|---|---|---|---|

| | 67 =average weekly | 134 =average biweekly |
|---|---|---|

**0** =average net monthly income for 6 months        Total net for 6 months:    0

*Number of entries:*
| 15 | gross pay entries |
| 0 | net pay entries |

0 =average weekly        0 =average biweekly

*Average entry for gross:*    $116
$0

### Field & Fire Café LLC - first check 9/21/2018

I certify under penalty of perjury that the income listed is a complete list of income received in the previous 6 calendar months prior to the month of filing this case, including business receipts, income from property, interest, dividends, support, regular contributions to my expenses, retirement income, and income from all other sources, except as otherwise stated on the STATEMENT OF CURRENT MONTHLY INCOME - Means Test Form (Form 22).

/s/ _____        /s/_____
/s/ *Kerri Marie Griffin*                     /s/

1/3/2019

**6 MONTH INCOME CALCULATOR-DISCLOSURE FOR BUSINESS OR SELF EMPLOYMENT INCOME**

ENTER MONTH CASE WILL BE FILED: **1** the calculator will display the previous 6 calendar months.

**Enter all receipts and ordinary, necessary business expenses for these months**

| | MONTH | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RECEIPTS | 7 | | | | | | | | | | 0 |
| EXPENSES | 7 | | | | | | | | | | 0 |
| RECEIPTS | 8 | | | | | | | | | | 0 |
| EXPENSES | 8 | | | | | | | | | | 0 |
| RECEIPTS | 9 | | | | | | | | | | 0 |
| EXPENSES | 9 | | | | | | | | | | 0 |
| RECEIPTS | 10 | | | | | | | | | | 0 |
| EXPENSES | 10 | | | | | | | | | | 0 |
| RECEIPTS | 11 | 100 | | | | | | | | | 100 |
| EXPENSES | 11 | | | | | | | | | | 0 |
| RECEIPTS | 12 | 75 | | | | | | | | | 75 |
| EXPENSES | 12 | | | | | | | | | | 0 |

**29** *AVERAGE MONTHLY RECEIPTS*          Total receipts for 6 months: 175

      **7** =average weekly      **13** =average biweekly

**0** *AVERAGE MONTHLY EXPENSES*          Total expenses for 6 months: 0

      **0** =average weekly      **0** =average biweekly

receipt pay entries: 2      *Average entry for receipts:* 88

exp pay entries: 0      *Average entry for exp:* #DIV/0!

Average net income (receipts less expenses):      $29

Last month net income:      $75

**Babysitting**

The above are all receipts received from business and/or self employment income in the months indicated.

The above expenses were ordinary and necessary and actually incurred during the months indicated.

I certify under penalty of perjury that the receipts and expenses listed are true and complete for income received in the previous 6 calendar months prior to the month of filing this case, except as otherwise stated on the STATEMENT OF CURRENT MONTHLY INCOME - Means Test Form (Form 22).

/s/ _____     /s/ _____

/s/ Kerri Marie Griffin                    /s/

                1/3/2019

| MONTH. | 6 Month Average Calculator: Enter totals of any amounts for computation of a 6 month average. | | | | | | | | | subtotal. |
|---|---|---|---|---|---|---|---|---|---|---|
| July | $48 | $7 | | | | | | | | $55 |
| Aug | | | | | | | | | | $0 |
| Sept | | | | | | | | | | $0 |
| Oct | | | | | | | | | | $0 |
| Nov | | | | | | | | | | $0 |
| Dec | | | | | | | | | | $0 |
| | $9 | average monthly for 6 months | | | | | | Total for 6 months: | | $55 |

**Child Support**

/s/ _____
/s/ Kerri Marie Griffin
1/3/2019

| MONTH. | 6 Month Average Calculator: Enter totals of any amounts for computation of a 6 month average. | | | | | | | | | | subtotal: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| July | | | | | | | | | | | $0 |
| Aug | | | | | | | | | | | $0 |
| Sept | | | $4 | $9 | | | | | | | $13 |
| Oct | $18 | $16 | $16 | $8 | | | | | | | $58 |
| Nov | $7 | $7 | $11 | $12 | $7 | | | | | | $44 |
| Dec | $7 | $14 | $14 | $14 | | | | | | | $49 |
| | $27 | average monthly for 6 months | | | | | | | Total for 6 months: | | $164 |

**Cash Tips**

/s/ /s/ Kerri Marie Griffin

1/3/2019

swd    Doc #:1   Filed: 01/03/19   Page 73 of 88

| MONTH | 6 Month Average Calculator: Enter totals of any amounts for computation of a 6 month average. | | | | | | | | subtotal: |
|---|---|---|---|---|---|---|---|---|---|
| July | $350 | | | | | | | | $350 |
| Aug | $500 | | | | | | | | $500 |
| Sept | $500 | | | | | | | | $500 |
| Oct | $200 | | | | | | | | $200 |
| Nov | $200 | | | | | | | | $200 |
| Dec | | | | | | | | | $0 |
| | $292 | average monthly income for 6 months | | | | | Total for 6 months: | | $1,750 |

**Monetary Help from Boyfriend**

/s/ _____

/s/ Kerri Marie Griffin

1/3/2019

| MONTH. | 6 Month Average Calculator: Enter totals of any amounts for computation of a 6 month average. | | | | | | | | | subtotal: |
|---|---|---|---|---|---|---|---|---|---|---|
| July | | | | | | | | | | $0 |
| Aug | | | | | | | | | | $0 |
| Sept | | | | | | | | | | $0 |
| Oct | | | | | | | | | | $0 |
| Nov | $123 | | | | | | | | | $123 |
| Dec | $16 | | | | | | | | | $16 |
| | $23 | average monthly income for 6 months | | | | | | Total for 6 months: | | $139 |

## Food Assistance

/s/ _____

/s/ Kerri Marie Griffin

1/3/2019

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |      |                    |
|---|------|--------------------|
|   | $200 | filing fee         |
| + | $75  | administrative fee |
|   | $275 | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |      |                    |
|---|------|--------------------|
|   | $235 | filing fee         |
| + | $75  | administrative fee |
|   | $310 | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

## United States Bankruptcy Court
### Western District of Michigan

In re   **Kerri Marie Griffin**

                                        Debtor(s)

Case No.

Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **January  3, 2019**

**Kerri Marie Griffin**
Signature of Debtor

```
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346


MICHIGAN DEPT OF TREASURY
PO BOX 30158
LANSING MI 48909


63-1 DISTRICT COURT
1950 E BELTLINE NE
GRAND RAPIDS MI 49525


63RD DISTRICT COURT
1950 E BELTLINE NE
GRAND RAPIDS MI 49525


ACCOUNT RECEIVABLE SOLUTIONS
PO BOX 184
SAINT JOHNS MI 48879-0184


ACCOUNT RECEIVABLES SOLUTION
301 N CLINTON AVENUE
SAINT JOHNS MI 48879


ALLIED BUSINESS SERVICE
400 ALLIED CT
ZEELAND MI 49464-2219


ALLIED COLLECTION GROUP
PO BOX 1799
HOLLAND MI 49422-1799


ALLIED COLLECTION GROUP
400 ALLIED CT
ZEELAND MI 49464-2219


ALLIED INTERSTATE
PO BOX 361563
COLUMBUS OH 43236-1563


ARS COLLECTIONS
PO BOX 15241
LANSING MI 48901
```

```
AT&T
ATTN  BANKRUPTCY DEPT
PO BOX 8039
CHARLESTON SC 29416


AT&T  CONSUMER
BANKRUPTCY DEPT
PO BOX 769
ARLINGTON TX 76004


AT&T MOBILITY
5020 ASH GROVE ROAD
SPRINGFIELD IL 62711-6329


CAPITAL ONE
BANKRUPTCY UNIT
PO BOX 71068
CHARLOTTE NC 28272-1068


CAPITAL ONE
BANKRUPTCY CLAIMS SERVICE
PO BOX 30285
SALT LAKE CITY UT 84130-0285


CAPITAL ONE
BANKRUPTCY DEPT
PO BOX 5155
NORCROSS GA 30091


CAPITAL ONE BANK USA N
15000 CAPITAL ONE DR
RICHMOND VA 23238


CAPITAL ONE BANK USA NA
PO BOX 85015
RICHMOND VA 23285-5015


CHASE
PO BOX 15145
WILMINGTON DE 19850


CHASE
PO BOX 15298
WILMINGTON DE 19850-5298
```

CHASE
PO BOX 15299
WILMINGTON DE 19850-5299


CHASE BANK
MAIL CODE OH1-1272
340 S CLEVELAND AVE BLDG 370
WESTERVILLE OH 43081


CLIENT SERVICES
3451 HARRY S TRUMAN BLVD
SAINT CHARLES MO 63301-4047


CLIENT SERVICES
PO BOX 1586
SAINT PETERS MO 63376


COMENITY BANK
BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS OH 43218-2125


CONSUMERS ENERGY
ATTN BANKRUPTCY DEPT
3201 E COURT ST
FLINT MI 48506


CORNERSTONE UNIVERSITY
1001 E BELTLINE AVE NE
GRAND RAPIDS MI 49525


CREDIT ACCEPTANCE CORP
25505 W 12 MILE RD STE 3000
SOUTHFIELD MI 48034-8339


CREDIT ACCEPTANCE CORPORATION
CO ROOSEN VARCHETTI & OLIVIER
PO BOX 2305
MOUNT CLEMENS MI 48046


DELTA DENTAL
16230 COLLECTION CENTER DRIVE
CHICAGO IL 60693

```
DELTA DENTAL INDIVIDUAL
PRODUCT UNIT
PO BOX 1596
INDIANAPOLIS IN 46206


DIRECTV INC
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6500


DIVERSIFIED CONSULTANT
10550 DEERWOOD PARK BLVD
JACKSONVILLE FL 32256


DPT ED/SLM
PO BOX 9635
WILKES BARRE PA 18773


EMERGENCY CARE SPECIALISTS
PO BOX 3536
GRAND RAPIDS MI 49501


ERC
PO BOX 57547
JACKSONVILLE FL 32241


FIFTH THIRD BANK
ATTN  CH 13  JOAN OR KAREN
1850 E PARIS  MD R36C1A
GRAND RAPIDS MI 49546


FIFTH THIRD BANK
CO BANKRUPTCY DEPT
PO BOX 44148 MS 1-1-COE
JACKSONVILLE FL 32231-4148


FIFTH THIRD BANK
BANKRUPTCY DEPT
1830 EAST PARIS AVE
GRAND RAPIDS MI 49546


GE CAPITAL RETAIL BANK
ATTN BANKRUPTCY DEPT
PO BOX 103104
ROSWELL GA 30076
```

```
GENERAL REVENUE CORP
4660 DUKE DR STE 300
MASON OH 45040


HUNTINGTON NATIONAL BANK
ATTN BANKRUPTCY NE08
PO BOX 89424
CLEVELAND OH 44101-8539


HUNTINGTON NATIONAL BANK
40 PEARL STREET NW
GRAND RAPIDS MI 49503


I C SYSTEM
PO BOX 64437
SAINT PAUL MN 55164-0437


I C SYSTEM
444 HIGHWAY 96 EAST
PO BOX 64378
SAINT PAUL MN 55164-0378


I C SYSTEM INC
PO BOX 64378
SAINT PAUL MN 55164


INDEPENDENT BANK
4200 E BELTLINE NE
GRAND RAPIDS MI 49525


LAKE MICHIGAN CREDIT U
4027 LAKE DR SE
GRAND RAPIDS MI 49546


LAKE MICHIGAN CREDIT UNION
PO BOX 2848
GRAND RAPIDS MI 49502


LAKE MICHIGAN CREDIT UNION
3809 LAKE EASTBROOK BLVD S
GRAND RAPIDS MI 49546-5931


MERS
PO BOX 2026
FLINT MI 48501-2026
```

MERS
1818 LIBRARY ST STE 300
RESTON VA 20190


MICHIGAN DEPT OF TREASURY
TREASURY BUILDING
LANSING MI 48922


MICHIGAN DEPT OF TREASURY
THIRD PARTY WITHHOLDING UNIT
430 W ALLEGAN ST
LANSING MI 48922-0001


MICHIGAN DEPT OF TREASURY
COLLECTION DIVISION
PO BOX 30199
LANSING MI 48909-7699


MICHIGAN DEPT OF TREASURY
BANKRUPTCY CLAIMS UNIT
PO BOX 30168
LANSING MI 48909


MICHIGAN STATE HOUSING
DEVELOPMENT AUTHORITY (MSHDA)
735 EAST MICHIGAN AVENUE
LANSING MI 48912


MIDLAND FUNDING
2365 NORTHSIDE DR STE 300
SAN DIEGO CA 92108


MIDLAND FUNDING LLC
CO MARY JANE M ELLIOTT PC
24300 KARIM BLVD
NOVI MI 48375


MIDLAND FUNDING LLC
8875 AERO DR STE 200
SAN DIEGO CA 92123-2251


MONEY RECOVERY NATIONW
8155 EXECUTIVE CT STE 10
LANSING MI 48917

```
MONEY RECOVERY NATIONWIDE
801 S WAVERLY RD  STE 100
PO BOX 13129
LANSING MI 48901-3129


PORTFOLIO RECOVERY ASSOC
RIVERSIDE COMMERCE CENTER
120 CORPORATE BLVD STE 100
NORFOLK VA 23502-4962


RMP SERVICES
8155 EXECUTIVE CT STE 10
LANSING MI 48917


SLM FINANCIAL CORP
PO BOX 9500
WILKES BARRE PA 18773


SPECTRUM HEALTH HOSPITALS
100 MICHIGAN STREET NE
GRAND RAPIDS MI 49503


SPECTRUM HEALTH MEDICAL GROUP
2855 MICHIGAN ST NE #200
GRAND RAPIDS MI 49506


SPRINT
PO BOX 15955
SHAWNEE MISSION KS 66285


SPRINT PCS
PO BOX 8077
LONDON KY 40742


SYNCB/AMAZON
PO BOX 965015
ORLANDO FL 32896


SYNCHRONY BANK
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060
```

```
US ATTORNEY
330 IONIA NW STE 501
PO BOX 208
GRAND RAPIDS MI 49501-0208


US ATTORNEY'S OFFICE
WESTERN DISTRICT OF MICHIGAN
BANKRUPTCY SECTION
PO BOX 208
GRAND RAPIDS MI 49501-0208


US BANK
PO BOX 211128
EAGAN MN 55121-4201


US BANK HOME MORTGAGE
CO ORLANS PC
1650 W BIG BEAVER RD
TROY MI 48084


US BANK HOME MORTGAGE
4801 FREDERICA ST
OWENSBORO KY 42301


US DEP OF ED/GLELSI
2401 INTERNATIONAL
MADISON WI 53704


US DEPARTMENT OF EDUCATION
DEBT COLLECTION SERVICE CENTER
PO BOX 5609
GREENVILLE TX 75403-5609


US DEPARTMENT OF EDUCATION
OFFICE OF GENERAL COUNSEL
400 MARYLAND AVE SW RM 6E353
WASHINGTON DC 20202


US DEPT OF ED/GLELSI
PO BOX 7860
MADISON WI 53707


US DEPT OF EDUCATION
EDUCATIONAL CREDIT MANAGEMENT
111 WASHINGTON AVE S STE 1400
MINNEAPOLIS MN 55401-6800
```

```
VERIZON NORTH INC
BANKRUPTCY ADMIN
404 BROCK DRIVE
BLOOMINGTON IL 61701


VERIZON WIRELESS
CUSTOMER CARE DEPT
26935 NORTHWESTERN HWY STE 100
SOUTHFIELD MI 48034


VERIZON WIRELESS
PO BOX 4002
ACWORTH GA 30101


VERIZON WIRELESS
PO BOX 650051
DALLAS TX 75265


WEST MICHIGAN HEART
2900 BRADFORD ST NE
GRAND RAPIDS MI 49525
```