UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:  Kerri Marie Griffin,
Debtor.

Case No. 19-00020-swd
Chapter 13

**DECLARATION OF PROPOSED ATTORNEYS**

Brian Flick of DannLaw, PO Box 6031040, Cleveland, OH 44103, proposed law firm for the Debtor, states as follows:

1. He is an attorney at law duly licensed to practice in the State of Ohio, State of Kentucky, the Sixth Circuit Court of Appeals and the following Federal Courts (District and Bankruptcy): Southern District of Ohio, Northern District of Ohio, Eastern District of Kentucky, Western District of Kentucky, Eastern District of Tennessee, Northern District of Indiana, Northern District of Illinois and the Eastern District of Michigan. As part of the proposed action on behalf of Debtor, he is filing an Application for Admission in the Western District of Michigan.

2. He is a partner with DannLaw and in his role as partner, he is the managing attorney of the firm's Cincinnati office, the managing attorney of the firm's Consumer Non-Real Estate Litigation practice and the managing attorney of the firm's Consumer Bankruptcy Practice.

3. He is familiar with Sections 101(14), 327, and 330 of the Bankruptcy Code and Bankruptcy Rules 2014 and 5002 concerning the appointment of professional persons to perform services in a bankruptcy estate.

4. Neither he nor any member of said firm, nor any associate of said law firm, to the best of his knowledge currently has any connection with the Debtor, her creditors or any party-in-interest in the case, except for a consultation with the Debtor.

5. Neither he nor any member of said firm, nor any associate of said law firm, to the best of his or her knowledge represents any adverse interest to that of the estate of the Debtor, her creditors or any other party-in-interest in this case in matters upon which this law firm is to be employed. Further, neither he or she nor any member of the firm or any associate of the firm is a creditor in this bankruptcy case.

6. He or she has never represented the Debtors, Brett Rodgers or, upon information and belief, any members of their families, on a personal basis.

7. He or she is not a "relative" of the Debtors or Brett Rodgers as that term is defined by Section 101 (45) of the Bankruptcy Code.

8. He has no financial relationships, joint ventures, or creditor-debtor relationships with the Trustee or the Debtor.

9. Based upon foregoing, he or she believes that the law firm of DannLaw is eligible for the appointment as the attorneys to represent the Debtors, and that the appointment of said firm is in the best interest of the estate and is consistent with Section 101 (14), 327 and 330 of the Bankruptcy Code.

10. I declare under penalty of perjury that the foregoing statements are true and accurate as to the best of my information and belief.

FURTHER SAYETH NAUGHT

Date: 1/17/19

DannLaw

_____
Brian Flick

**STATE OF OHIO**

:: ss

**COUNTY OF CUYAHOGA**

Before me, a Notary Public in and for said county, personally appeared the above named BRIAN D. FLICK, who acknowledged before me that she did sign the foregoing instrument and that the same is his free act and deed.

    IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my office seal at Cleveland, Ohio on this 17th day of January, 2019.

_____
Notary Public

**WILLIAM CHARLES BEHRENS**
**ATTORNEY AT LAW**
**NOTARY PUBLIC**
**STATE OF OHIO**
My Commission Has No Expiration Date
Sec 147.03 O.R.C.